UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ORLANDO A. CHAVEZ,

    Plaintiff,                      Case No: 1:17-cv-00280-KBM-WPL

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA

    Defendant,

## STIPULATED ORDER TO AMEND COMPLAINT

THIS MATTER having come before the Court at the Status Conference heretofore set and the parties appearing by counsel of record, Jeffrey B. Diamond, attorney for the Plaintiff, and Little V. West, attorney for the Defendant, the Plaintiff explained to the Court and opposing counsel that he had inadvertently placed Paragraph 5 in the Complaint which involves another insurance company disability plan and employer, and said Paragraph 5 should be amended out and Plaintiff allowed to file a First Amended Complaint, attached hereto and incorporated by reference as Exhibit 1.

Counsel for Defendant announced in open Court that he has no objection to allowing this amendment, and the parties and the Court agree that this would give the parties some additional time before this matter gets into a trial mode, to attempt in good faith to settle this claim.

IT IS, THEREFORE, STIPULATED AND ORDERED that Plaintiff be authorized to file a First Amended Complaint, amending out Paragraph 5 of original complaint.

                                            */s/ William P. Lynch*
                                            William P. Lynch
                                            United States Magistrate Judge

Submitted and approved by:

*/s/Jeffrey B. Diamond (07/10/17)*
Jeffrey B. Diamond
P.O. Box 1866
Carlsbad, NM 88221-1866
PHN: (575) 885-3500
FAX: (575) 885-6138
Attorney for Plaintiff
jdiamond@jeffdiamondlawfirm.com


*Approved on June 28, 2017*
Little V. West
Holland & Hart
Post Office Box 2208
Santa Fe, NM 87504
PHN: 505-988-4421
Attorney for Defendant
lvwest@hollandhart.com