**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ORLANDO CHAVEZ,

    Plaintiff,

v.                          Case No. 17-cv-0280 BRB-JHR

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and based on the settlement of this matter, Plaintiff, Orlando Chavez, and Defendant, Unum Life Insurance Company of America, stipulate that the above-captioned case shall be, and is hereby, dismissed with prejudice. The parties will bear their own fees and costs.

**HOLLAND & HART LLP**

By: */s/ Little V. West*
    Little V. West
110 N. Guadalupe, Suite 1 (87501)
Post Office Box 2208
Santa Fe, NM 87504
Phone: 505-988-4421
Email: lvwest@hollandhart.com

**ATTORNEYS FOR DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA**

**JEFF DIAMOND LAW FIRM**

By: */s/Jeffrey B. Diamond*
    Jeffrey B. Diamond
P.O. Box 1866
Carlsbad, NM 88221-1866

1

             Phone: (575) 855-3500
             Fax: (575) 855-6138
             jdiamond@jeffdiamondlawfirm.com

             **ATTORNEY FOR PLAINTIFF**